414 A.2d 627

**In the Matter of the Adoption of J. P. T.**

**Appeal of N. K. T.**

Supreme Court of Pennsylvania.

Submitted March 10, 1980.

Decided May 30, 1980.

Thomas D. Heberle, Erie, for appellant.

James E. Beveridge, Children Services of Erie County, Erie, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM.

Decree is affirmed. Each party to bear own costs.